# EXHIBIT "A"

# IN THE STATE COURT OF COWETA COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **JENNIE ALSTON-WARNER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION FILE** |
| | ) | **NO.** 21SV0199E |
| **v.** | ) | |
| | ) | |
| **FAMILY DOLLAR STORES OF** | ) | |
| **GEORGIA, LLC,** | ) | |
| | ) | |
| **Defendant.** | | **SUMMONS** |

TO THE ABOVE NAMED DEFENDANTS:

      You are hereby summoned and required to file with the Clerk of said Court and serve upon the Plaintiff's attorney, whose name and address is:

Alton O. Josey, Esq.

Kenneth S. Nugent, P.C.

4227 Pleasant Hill Road, Building 11, Suite 300

Duluth, Georgia 30096

an answer to the complaint which is herewith served upon you within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____26TH_____ day of _____APRIL_____, 2021.

Clerk of State Court

By:      /s/Sheila W Echols
             Deputy Clerk

Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

COCSC-1 Revised 12-99

Copy from re:SearchGA

E-filed in Office
Clerk of State Court
4/26/2021 2:59 PM
Coweta County, GA
Sheila Echols, Clerk

IN THE STATE COURT OF COWETA COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| JENNIE ALSTON-WARNER, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO. _21SV0199E_____ |
| v. | ) | |
| | ) | |
| FAMILY DOLLAR STORES OF | ) | |
| GEORGIA, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT FOR DAMAGES

COMES NOW Jennie Alston-Warner, Plaintiff in the above-styled action, and brings this

Complaint For Damages and respectfully shows this Court the following:

1.

The Plaintiff was at all times herein mentioned a resident of the State of Georgia.

2.

The Defendant, Family Dollar Stores of Georgia, LLC, (hereinafter "Defendant Family

Dollar"), is a foreign limited liability company licensed to do business in the State of Georgia,

and may be served with a copy of this Summons and Complaint through its agent for service,

Corporation Service Company, 40 Technology Pkwy South, #300, Norcross, Georgia 30092.

3.

Defendant is subject to the jurisdiction of this Court and venue is proper in Coweta

County.

4.

On or about the 20th day of October 2019, Defendant Family Dollar was the owner of the

premises located at 159 Temple Ave, Suite A, Newnan, Georgia 30263 in Coweta County

Copy from re:SearchGA

(hereinafter "Subject Premises").

5.

Defendant Family Dollar was responsible for maintaining the premises at said location at all times relevant to these proceedings.

6.

At all times herein mentioned, Defendant Family Dollar was responsible for warning individuals who entered the Subject Premises of any and all dangerous conditions that may have existed on the Subject Premises.

7.

At all times herein mentioned, Defendant Family Dollar was responsible for the cleanliness and upkeep to the Subject Premises so as to avoid injury to individuals who entered the Subject Premises.

8.

On or about the 20th day of October, 2019, the Plaintiff, Jennie Alston-Warner, went on the premises owned and/or controlled by the Defendants as a patron of the store.

9.

At all times herein mentioned, the Defendant  negligently maintained an unsafe condition on the Subject Premises.

10.

At all times herein mentioned, the Defendant negligently maintained an unsafe condition of the premises by allowing items that had fallen off a display remain on the floor in an area being traversed by patrons.

Copy from re:SearchGA

11.

At all times herein mentioned, the Defendant knew or should have known that the Subject Premises were in an unsafe condition.

12.

Prior to the injuries sustained by the Plaintiff, the Defendant, through its agents and employees, had actual notice that the Subject Premises were unsafe and dangerous and constituted an unsafe condition.

13.

The negligent condition of the Defendant's premises had existed for a sufficient length of time so that in the exercise of reasonable care, Defendant should have known of such dangerous and unsafe condition.

14.

At no time did the Defendant place warning signs, markers or barriers to warn of said dangerous condition and the Defendant failed to otherwise warn or tell the Plaintiff of the existence of a dangerous condition.

15.

At all times herein mentioned, the Defendant failed to remedy the unsafe condition on the Subject Premises.

16.

On said date, while at the Subject Premises, Plaintiff fell as a result of the dangerous condition that existed on the Subject Premises.

17.

On said date, while at the Subject Premises, Plaintiff tripped and fell over boxes that had

Copy from re:SearchGA

fallen off a display onto the floor of the Subject Premises.

18.

Plaintiff did nothing to contribute to this incident.

19.

Defendant owed a duty to invitees, including Plaintiff, to exercise care and to keep the Subject Premises safe and to inspect and maintain the Subject Premises in a reasonably safe manner.

20.

Defendant knew or should have known that it was likely that injury would result to its invitees and other individuals on the Subject Premises if the unsafe condition of the premises was not corrected.

21.

Defendant breached a duty to the Plaintiff by failing to inspect and keep the  property safe and free of hazards, thereby allowing the Subject Premises to remain in an unsafe condition.

22.

As a result of the defective condition of the Subject Premises owned by the Defendant Plaintiff suffered serious and painful injuries, for which she has incurred medical expenses, and physical and mental pain and suffering, and future medical expenses some or all of which will continue into the future.

23.

All of the injuries, losses, damages, past, present and prospective to Plaintiff were, are and will be due to the negligence and carelessness of the Defendant.

Copy from re:SearchGA

WHEREFORE, Plaintiff prays and respectfully demands as follows:

a)      that process be served upon Defendant accordance with the law;

b)      that a jury trial be held on all issues;

c)      that judgment be awarded for Plaintiff against the Defendant for general damages in an amount to be determined by the enlightened conscience of a fair and impartial jury;

d)      that judgment be awarded for Plaintiff against the Defendant for those special damages proven at trial; and

e)      judgment against the Defendants, and each of them for such other and further relief as this Court deems appropriate.

This <u>26</u><sup>th</sup> day of <u>April</u>, 2021.

Respectfully submitted,

**KENNETH S. NUGENT, P.C.**

<u>/s/ Alton O. Josey</u>
Alton O. Josey, Esq.
**Attorney for Plaintiff**
**Georgia Bar No. 965778**

4227 Pleasant Hill Road
Building 11, Suite 300
Duluth, Georgia 30096
(404) 875-0900
ajosey@attorneykennugent.com

Copy from re:SearchGA